**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRUCE X. COOPER, | : | No. 4:25-CV-00704 |
| Plaintiff, | : | |
| | : | (Chief Judge Brann) |
| v. | : | |
| DR. SCOTT PRINCE, *et al.*, | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW**, this 4th day of March 2026, in accordance with the

accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Dr. Scott Prince's motion to dismiss (Doc. 13) under Federal Rule of Civil Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part, as follows:

   a. The motion is **GRANTED** as to Cooper's Section 1985 conspiracy claim, Section 1986 failure-to-prevent-conspiracy claim (to the extent it is raised), official capacity constitutional tort claims, and individual capacity ADA and RA claims.  The foregoing claims are **DISMISSED** for failure to state a claim upon which relief may be granted, as more fully specified in the accompanying Memorandum.

   b. The motion is **DENIED** with respect to Cooper's individual capacity Section 1983 First Amendment retaliation claim.

2. The motion to dismiss (Doc. 21) under Federal Rule of Civil Procedure 12(b)(6) by defendants Kim Harris and Erica Benning is **GRANTED**.  All claims against Harris and Benning are **DISMISSED** for failure to state a claim upon which relief may be granted, as more fully specified in the accompanying Memorandum.

3.      Within **21 days** of the date of this Order, Plaintiff, if desired, may file an amended complaint in accordance with the accompanying Memorandum.  Plaintiff <u>must</u> adhere to the specific pleading directions provided by the Court.

4.      If no amended complaint is timely filed, dismissal of any claims without prejudice will automatically convert to dismissal with prejudice and this case will proceed on one claim: individual capacity Section 1983 First Amendment retaliation against Dr. Prince.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge